Question #1

Does an act have to be illegal (eg. against laws, rules, and regulations) in order for it to be fraudulent?

Presiding Juror
x [signature]

7/2/19